In the Matter of JAMES McNULTY et al., Appellants, v TAX APPEALS TRIBUNAL OF THE STATE OF NEW YORK et al., Respondents.

Decided June 10, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SCOTT MYERS, Appellant, v MICHAEL SPITZ, Respondent.

Submitted May 5, 2014; decided June 10, 2014

Motion for reargument of motion for leave to appeal denied [*see* 22 NY3d 865 (2014)].

Judge ABDUS-SALAAM taking no part.

TOWN SPORTS INTERNATIONAL, LLC, Respondent, v AJILON SOLUTIONS, Appellant.

Submitted April 14, 2014; decided June 10, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution (*see Burke v Crosson*, 85 NY2d 10, 16-17 [1995]).